IN IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

QUENTIN F. ATKINS,
    Plaintiff,

v.                                                      Civil No. 3:23cv14 (DJN)

MARTIN O'MALLEY,
Commissioner of the
Social Security Administration,
    Defendant.

## FINAL ORDER
### (Adopting Report and Recommendation)

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Summer L. Speight entered on January 5, 2024, (ECF No. 17), which recommended that Plaintiff's Motion for Summary Judgment, (ECF No. 11), be denied, Defendant's Motion for Summary Judgment, (ECF No. 12), be granted and the final decision of the Commissioner of Social Security be affirmed. The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation of the Magistrate Judge, (ECF No. 17), is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiffs Motion for Summary Judgment, (ECF No. 11), is hereby DENIED;

3. Defendant's Motion for Summary Judgment, (ECF No. 12), is hereby GRANTED;

4. The decision of the Commissioner is AFFIRMED; and

5. This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                            /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: February 21, 2024